

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-20-00093-CV

WESTERN MARKETING, INC. AND TODD PITTS, APPELLANTS

V.

AEG PETROLEUM, LLC, APPELLEE

On Appeal from the 251st District Court
Potter County, Texas
Trial Court No. 108927-C-CV, Honorable Ana Estevez, Presiding

April 17, 2020

## ORDER

Pending before the court is the parties' joint motion for access to the sealed volume of the clerk's record. On January 13, 2020, the trial court ordered the "Appendix to Plaintiff AEG's Objections and Response in Opposition to Defendants' Motion to Dismiss under the Texas Citizen Participation Act" to be filed under seal. That document was filed with this court in a sealed supplemental clerk's record. The parties now request access to the sealed record. We grant their motion.

Accordingly, we order the sealed volume of the clerk's record to be made available to the attorneys of record for the purpose of preparing briefs and motions in this appeal.

The clerk of this court shall make the sealed record available through the Attorney Portal (https://attorneyportal.txcourts.gov) in a format that is accessible only to the attorneys of record. Appellate counsel may review the contents of the sealed record but may not print or copy any of its contents. The parties and their counsel are ordered not to disclose or disseminate any information contained in the sealed record to any other person or entity. Should the parties address any arguments related to evidence contained in the sealed record, the parties are ordered to note on the cover page of their respective briefs the following: "BRIEF CONTAINS SEALED MATERIALS." The clerk shall remove access to the sealed record from the Attorney Portal after submission of the appeal to the court.

It is so ordered.

Per Curiam